UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN M REDD,<br><br>        Plaintiff,<br><br>   v.<br><br>RON BROOMFIELD, et al.,<br><br>        Defendants. | Case No. 21-cv-08913-JST<br><br>**ORDER OF DISMISSAL** |

Plaintiff filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. ECF No. 1. On September 30, 2024, the Court found that the amended complaint failed to state a claim for relief, and dismissed the amended complaint with leave to amend. ECF No. 44. The Court informed Plaintiff that the failure to file a second amended complaint by October 28, 2024, would result in the dismissal of this action. *Id.* The deadline to file a second amended complaint has passed, and Plaintiff has neither filed a second amended complaint nor communicated further with the Court. Accordingly, for the foregoing reasons and for the reasons stated in the Court's September 30, 2024 Order, this action is DISMISSED. The dismissal is without prejudice to filing a motion to reopen accompanied by a proposed second amended complaint that addresses the deficiencies identified in the Court's September 30, 2024 Order, and explaining why Plaintiff failed to timely file a second amended complaint. Judgment is entered in favor of Defendants and against Plaintiff. The Clerk is directed to close the file.

    **IT IS SO ORDERED.**

Dated: November 12, 2024

                                                              JON S. TIGAR
                                                 United States District Judge